## Zahniser *v.* Schwartz (et al., Appellant).

Argued November 11, 1971. *James A. Stranahan, III,* with him *Stranahan and*

*Stranahan,* for appellant; *Francis J. Fornelli,* with him *Cusick, Madden, Joyce & McKay,* for appellees.

Judgments affirmed.

SPAULDING, J., absent.